DANIEL GLUBKA v. HARRY V. TEEGARDEN.[1]

May 6, 1938.

No. 31,574.

[1]Reported in 279 N. W. 567.

*Sexton, Mordaunt, Kennedy & Carroll* and *R. J. Tyrrell,* for appellant.

*Lamberton & Lamberton,* for respondent.

PER CURIAM.

This case involves injuries resulting from the same accident involved in Hoge v. Teegarden, 202 Minn. 592, 279 N. W. 401, decided herewith. The only question is the question of damages, which counsel for the appellant stated upon the oral argument were not excessive as reduced by the trial court.

The order denying a new trial is affirmed.

MR. JUSTICE STONE, because of illness, took no part in the consideration or decision of this case.

